# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:11-CV-501-MOC-DCK

| | |
|---|---|
| DARRYL BYRD, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    ORDER<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Petition For Attorney's Fees And Costs" (Document No. 13) filed April 16, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting that Defendant's counsel does not oppose this motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED:**

1. Plaintiff's "Petition For Attorney's Fees And Costs" (Document No. 13) is **GRANTED**, to the extent that counsel for Plaintiff shall be paid the sum of $1,300.00 for attorney's fees, and $17.00 for costs and expenses.

2. No additional petition pursuant to 28 U.S.C. §2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

Signed: April 16, 2012

David C. Keesler
United States Magistrate Judge