IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-501-MOC-DCK

| | |
|---|---|
| DARRYL BYRD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Alter Or Amend Judgment Pursuant To Federal Rule Of Civil Procedure 59(e)" (Document No. 15) filed May 11, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned observes that the pending motion does not show that the "Requirement Of Consultation" has been met pursuant to Local Rule 7.1(B).

**IT IS, THEREFORE, ORDERED** that Defendant shall file a Notice with the Court, on or before **May 25, 2012**, informing the Court of Plaintiff's position on the pending "Defendant's Motion To Alter Or Amend Judgment Pursuant To Federal Rule Of Civil Procedure 59(e)" (Document No. 15), consistent with Local Rule 7.1(B).

**SO ORDERED**.

Signed: May 18, 2012

David C. Keesler
United States Magistrate Judge